

**MARC E. WOLIN**
973.622.8401
mew@saiber.com

April 21, 2011

**VIA ECF & U.S. MAIL**

Honorable Patty Shwartz, U.S.M.J.
United States District Court
**Martin Luther King, Jr. Federal Building
    & U.S. Courthouse, Room 4015**
50 Walnut Street
Newark, New Jersey 07101

>Re:   Butler Capital Corporation v. Call Command, LLC, *et al.*
>       Civil Action No. 2:09-CV-83

Dear Judge Shwartz:

     We write on behalf of all parties in the above-referenced matter.  In accordance with Paragraph 6 of the Court's most recent scheduling order, dated March 31, 2011 [D.I. 46], the parties request the appointment of a mediator pursuant to L. Civ. R. 301.1.  However, the Defendants, believing that the issues will be more focused upon the filing of their dispositive motion at the end of May, respectfully request that the mediation not occur until June or later.

     We thank the Court for its consideration in this matter.

>Respectfully submitted,
>
>*/s/ Marc E. Wolin*
>
>MARC E. WOLIN

Encl.

cc:    Joseph A. Marino, Esq. (via ECF & U.S. Mail)
        Brian P. Muething, Esq. (via Email & U.S. Mail)

Saiber LLC • 18 Columbia Turnpike • Suite 200 • Florham Park, New Jersey • 07932 • Tel 973.622.3333 • Fax 973.622.3349 • www.saiber.com
Florham Park  •  Newark  •  New York  •  Atlantic City  •  Point Pleasant Beach