UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

_____
:
**BUTLER CAPITAL** :
:   Civil Action No. 09-83(FSH)
**Plaintiff** :
:
**v.** :
:   ORDER OF REFERENCE TO
**CALL COMMAND** :   MEDIATION
:
**Defendant** :
:
_____:

**THIS MATTER** having come before the Court by way of letter dated April 21, 2011, requesting that the Court appoint a mediator pursuant to Local R.Civ.P. 301.1, which provides for mediation of civil actions; and it appearing that mediation of this civil action would conserve the resources of the Court and the parties and would be in the best interests thereof; and for good cause shown;

**IT IS on this 25th day of April, 2011**

**ORDERED THAT:**

(1) This civil action be, and it hereby is, referred to mediation pursuant to Local Civil Rule 301.1. William Hunt, Esq. shall serve as the mediator.  No later than **May 24, 2011**, the parties shall provide the Court with the date on which the mediation shall commence; and

(2) All proceedings in this civil action are not stayed and all deadlines shall remain in full force and effect.

s/Patty Shwartz_____
**UNITED STATES MAGISTRATE JUDGE**

cc: Hon. Madeline Cox Arleo
    Carol Coleman
    William J. Hunt, Esq.